IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RICHARD LEROY KERNS,                                    CV. 09-1370-HU

        Petitioner,                                            ORDER

  v.

BRIAN BELLEQUE,

        Respondent.

MOSMAN, Judge

    Petitioner's motion to voluntarily dismiss (#26) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _9th___ day of December, 2010.

                                         /s/ Michael W. Mosman

                                         _____
                                         Michael W. Mosman
                                         United States District Judge

1 -- ORDER